GRACE HEYE, ADMX. *ETC.*, PLAINTIFF-PETITIONER, v. ABRAHAM ALPERT, DEFENDANT-RESPONDENT.

See same case below: 82 *N. J. Super.* 58.

*Mr. Francis Sorin* for the petitioner.

*Messrs. Moser, Roveto & McGough* for the respondent.

March 9, 1964.  Denied.

MARY JOAN DICKSON, ADMX. *ETC.*, PLAINTIFF-PETITIONER, v. THE PENNSYLVANIA RAILROAD, DEFENDANT-RESPONDENT.

*Mr. Samuel A. LaPaglia* and *Miss Mary Joan Dickson,* for the petitioner.

*Mr. Thorn Lord* and *Mr. James R. Laird* for the respondent.

March 9, 1964.  Denied.